UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

The United States,

-vs-

**CHARLESETTA MORRIS**

Docket No. 1:05-CR-84-REC

FILED
2005 JUN -3  P 5: 19
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

COMES NOW <u>Dan Stark</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Charlesetta Morris, who was placed on bond by the Honorable <u>Lawrence J. O'Neill</u>, sitting in the Court at <u>Fresno, California</u>, on the 9th day of <u>March 2005,</u> who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** False Claims and Aiding and Abetting

**BOND CONDITIONS:** <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 20, 2005, the defendant submitted a urine specimen testing positive for marijuana.

**PRAYING THAT THE COURT WILL ORDER** that the Court will order that a hearing be calendared at 10:30 a.m., on June 8, 2005, and that the Pretrial Services officer contact the defendant or attorney of record to advise of said order.

**LAST KNOWN ADDRESS:** 1318 Pacific Street, Bakersfield, California 93305

**TELEPHONE NUMBER:** (661) 859-1123

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2005.

Respectfully submitted,

Pretrial Services Officer
DATE: June 3, 2005

**ORDER**

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

✓ The Court hereby orders this matter placed on this court's calendar on _June 8, 2005_, at _10:30_ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this _3rd_ day of _June_, 2005, and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge/U.S. District Judge

MORRIS, Charlesetta   ADDITIONAL CONDITIONS OF RELEASE
05-0020M

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

Name of person or organization
Address
City and State                              Telephone Number

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN OR PROXY

(X) (7) The defendant shall:
( ) (a) maintain or actively seek employment, and provide proof thereof to the PSO upon request.
( ) (b) maintain or commence an educational program.
(X) (c) abide by the following restrictions on his personal associations, place of abode, or travel:
Reside at 2124 Oregon Street, Bakersfield, CA, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to ED-CA, unless otherwise approved in advance by PSO.
( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
Elizabeth M. Anderson, Precious R. Bailey, Talitha M. Hunt, Lavonja E. Dock, Robert E. Jackson, Chemetria L. Jeffers, Diondra T. Key, Darlene D. Lee, Davita Lee, Patrice Martinez, Tamara Lyles, Cheryl Rhodes, Marsha D. Sipple, Patty A. Stubbs, Shondra L. Wilcher, and Christopher N. Woods, unless in the presence of counsel or otherwise approved in advance by the PSO.
(X) (e) report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations.
( ) (f) comply with the following curfew:
( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
(X) (h) refrain from ANY use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.
( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.
( ) (j) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:
( ) (k) post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:
( ) (l) execute a bail bond with solvent sureties in the amount of $
( ) (m) return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment, schooling, or the following limited purpose(s):
( ) (n) surrender any passport to the Clerk, United States District Court.
( ) (o) obtain no passport during the pendency of this case.
(X) (p) report in person to the Pretrial Services Agency on the first working day following your release from custody.
(X) (q) you shall submit to drug and/or alcohol testing as directed by PSO.
(X) (r) you shall report any prescriptions to PSO within 48 hours of receipt
( ) (s) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the Pretrial Services office or supervising officer; or
    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)