PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Charlesetta J. MORRIS |
| **Docket Number:** | 1:05CR00084-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08-01-05 |
| **Original Offense:** | 18 USC 287 - False Claim to an Agency of the United States<br>(CLASS D FELONY) |
| **Original Sentence:** | 1 month BOP;  36 months supervised release; $200 special assessment; $4,501 restitution; mandatory testing |
| **Special Conditions:** | Warrantless search and seizure; not dissipate assets until financial obligation is paid in full; financial disclosure; financial restriction; drug counseling; drug testing; mental health treatment; 5 months home incarceration under the electronic monitoring program; $25 co-payment; cooperate in DNA collection |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 08-01-05 |
| **Assistant U.S. Attorney:** | Stanley Boone     **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | E. Marshall Hodgkins, III **Telephone:** (559) 233-3961 |
| **Other Court Action:** | None |

**RE:   Charlesetta J. MORRIS**
       **Docket Number:   1:05CR00084-001**
       **REPORT OF OFFENDER NON-COMPLIANCE**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   ILLICIT DRUG USE (DATES) 10-13-05**

**Details of alleged non-compliance:**  On October 13, 2005, the defendant submitted a urine sample which returned a positive test result for the presence of marijuana.

**United States Probation Officer Plan/Justification:**  Considering the defendant has candidly admitted to the probation officer that she is addicted to marijuana and has requested treatment, the probation officer recommends the Court take no negative action at the present time in order to allow the defendant to benefit from services.  Should the defendant fail to find sobriety in the near future, the probation officer will take additional action or request court intervention.

RE:   Charlesetta J. MORRIS
      Docket Number:   1:05CR00084-001
      **REPORT OF OFFENDER NON-COMPLIANCE**

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4354

**DATED:**   October 24, 2005
             Bakersfield, California
             RCW:dk

/s/ Rick C. Louviere

**REVIEWED BY:** _____
                **RICK C. LOUVIERE**
  _____ **Supervising United States Probation Officer**

═══════════════════════════════════════════════════════════════

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

| 10/26/05 | /s/Oliver W. Wanger |
|---|---|
| **Date** | **Signature of Judicial Officer** |

Rev. 04/2005
PROB12A1.MRG

**RE:   Charlesetta J. MORRIS**
**      Docket Number:   1:05CR00084-001**
**      REPORT OF OFFENDER NON-COMPLIANCE**

cc:   United States Probation
      Stanley Boone, Assistant United States Attorney
      E. Marshall Hodgkins, III, Defense Counsel